UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

IN RE:                                      )
                                            )
DISON HEATING AND AIR                       )      Case No. 11- 13474-BHL-11
CONDITIONING COMPANY, INC.)
                                            )
      Debtor.                               )

**EMERGENCY MOTION FOR AUTHORITY TO SELL
CUSTOMER/SERVICE LIST OF DEBTOR, FREE AND CLEAR OF LIENS
AND ENCUMBRANCES, PURSUANT TO § 363 OF THE CODE**

Comes now Debtor, by counsel, and moves the Court for authority to sell Debtor's customer/service list to Mowery Heating and Cooling, Inc. for $60,000.00, free and clear of liens. Liens, if any, to follow and attach to proceeds.

1. Said list is described as a service list of Debtor from 1947 to date, and Debtor has been attempting to market same for 90 days and received a high offer of $60,000.00 from Mowery Heating and Cooling of Brownsburg.

2. Debtor requests the authority to sell said list which is computerized, free of liens, liens to attach to proceeds.

3. That an emergency exists in that the offer remains open through November 7, 2011, and is the highest offer Debtor received after various attempts to sell.

4. The only creditor who may hold liens known to Debtor is Internal Revenue Service, who will be given notice in care of the local legal office c/o Stewart Todd Hittinger, and PNC Bank.

Wherefore, Debtor requests the authority to sell the list on an emergency basis, with Court approval on or before November 7, 2011.

Respectfully submitted,

/s/  Edward B. Hopper, II
Edward B. Hopper, II
BINGHAM, FARRER & WILSON, P.C.
342 Massachusetts Avenue, Suite 300
Indianapolis, Indiana 46204
Telephone:  (317) 261-4740
E-mail:  ehopper@bfwlawyers.com

### CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2011 a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System.  Parties may access this filing through the Court's system.

U.S. Trustee
Ustpregion10.in.ecf@usdoj.gov

Beth Kramer
Beth.kramer@usdoj.gov

Stewart Todd Hittinger
Stewart.t.hittinger@irscounsel.treas.gov

/s/ Edward B. Hopper
Edward B. Hopper

I further certify that on October 27, 2011, a copy of the foregoing was mailed via U.S. First Class mail, postage prepaid and properly addressed to the following parties:

PNC Bank
c/o Registered Agent
CT Corporation Systems
36 S. Pennsylvania Street, Suite 700
Indianapolis, IN  46204
(via certified mail)

Internal Revenue Service
P.O. Box 7348
Philadelphia, PA  19101-7346

20 largest creditors

/s/ Edward B. Hopper
Edward B. Hopper